UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOHN SCHOMAEKER,<br><br>        Plaintiff,<br><br>v.<br><br>TRUENET COMMUNICATIONS CORP., COX ENTERPRISES, INC., COX COMMUNICATIONS, INC., and COX COMMUNICATIONS GEORGIA, LLC,<br><br>        Defendants. | CIVIL ACTION<br>NO. 1:17-CV-00524-AT |

## STIPULATION OF DISMISSAL OF DEFENDANTS COX ENTERPRISES, INC. AND COX COMMUNICATIONS GEORGIA, LLC

COME NOW Plaintiff John Schomaeker, Defendant TrueNet Communications Corp., and Defendants Cox Enterprises, Inc., Cox Communications, Inc., and Cox Communications Georgia, LLC, parties to the above-styled action, by and through their counsel of record, and hereby stipulate that Defendants Cox Enterprises, Inc. and Cox Communications Georgia, LLC are dismissed with prejudice from this action pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

[Signature Block Next Page]

- 1 -

Respectfully submitted this 18th day of April, 2017.

*/s/ James M. Loren*
James M. Loren
*(by RWS with express permission)*
Georgia Bar No. 551363
jloren@goldbergloren.com
LAW OFFICES OF GOLDBERG &
LOREN, P.A.
100 S. Pine Island Road – Suite 132
Plantation, FL 33324
(T) (800) 719-1617
(F) (888) 272-8822

*Counsel for Plaintiff*
*John Schomaeker*

*/s/ Rebecca W. Shanlever*
Rebecca W. Shanlever
Georgia Bar No. 763930
rshanlever@hagllp.com
Elizabeth M. Newton
Georgia Bar No. 975191
enewton@hagllp.com
HALL, ARBERY, GILLIGAN,
ROBERTS & SHANLEVER LLP
3340 Peachtree Road NE – Suite 1900
Atlanta, Georgia 30326-1082
(T) (404) 442-8776
(F) (404) 537-5555

*Counsel for Defendants Cox*
*Communications, Inc., Cox*
*Communications Georgia, LLC, and*
*Cox Enterprises, Inc.*

*/s/ Edward N. Boehm, Jr.*
Edward N. Boehm, Jr.
*(by RWS with express permission)*
Georgia Bar No. 183411
tboehm@fisherphillips.com
Steven L. Ferenczy
Georgia Bar No. 477091
sferenczy@fisherphillips.com
FISHER & PHILLIPS LLP
1075 Peachtree Street NE
Suite 3500
Atlanta, Georgia 30309
(T) (404) 231-1400
(F) (404) 240-4249

*Counsel for Defendant TrueNet*
*Communications Corp.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JOHN SCHOMAEKER,

      Plaintiff,

v.

TRUENET COMMUNICATIONS
CORP., COX ENTERPRISES, INC.,
COX COMMUNICATIONS, INC.,
and COX COMMUNICATIONS
GEORGIA, LLC,

      Defendants.

CIVIL ACTION
NO. 1:17-CV-00524-AT

## CERTIFICATE OF SERVICE

I certify that on April 18, 2017, I electronically filed the foregoing STIPULATION OF DISMISSAL OF DEFENDANTS COX ENTERPRISES, INC. AND COX COMMUNICATIONS GEORGIA, LLC with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

James M. Loren
LOREN LAW GROUP
jloren@lorenlaw.com

Edward N. Boehm, Jr.
Steven L. Ferenczy
FISHER & PHILLIPS LLP
tboehm@fisherphillips.com
sferenczy@fisherphillips.com

*/s/ Rebecca W. Shanlever*
Rebecca W. Shanlever
Elizabeth M. Newton

4838-5598-7782, v. 1

- 3 -