IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JOHN SCHOMAEKER, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| TRUENET COMMUNICATIONS CORP. and COX COMMUNICATIONS, INC., | : : : | CIVIL ACTION NO. 1:17-CV-524-AT |
| | : | |
| Defendants. | : | |

## **ORDER**

The Court held a telephone conference on June 29, 2017 with counsel for the parties regarding the parties' settlement of this lawsuit alleging violations of the Fair Labor Standards Act ("FLSA") and breach of Plaintiff's employment contract.  Plaintiff intends to abandon his FLSA claims.  Counsel for the parties and the Court discussed the terms of settlement and Plaintiff's rationale for abandoning his FLSA claims.  Based on information provided by counsel for the parties, the Court finds that the terms of settlement overall are fair and reasonable under the circumstances and are consistent with the requirements for Court approval of settlement and dismissal of FLSA claims.

As the parties have advised the Court that all claims have been resolved in principle, the parties are directed to file a stipulation of dismissal within 30 days

of the date of this Order or else file a status update within that same timeframe regarding the finalization of the settlement documents. The Court **ADMINISTRATIVELY CLOSES** this case.

**IT IS SO ORDERED** this 30th day of June, 2017.

_____
**Amy Totenberg
United States District Judge**