IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JOHN SCHOMAEKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION |
| | ) | NO. 1:17-cv-0524 |
| TRUENET COMMUNICATIONS CORP., COX COMMUNICATIONS, INC. | ) ) ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED among the parties, by and through the undersigned counsel, that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and in accordance with the Court's Order date June 30, 2017 [Doc. 27], the above action, including all claims asserted therein, is dismissed with prejudice.

[signature block next page]

FPDOCS 33081786.1

**STIPULATED AND ACCEPTED THIS 20TH DAY OF JULY, 2017 BY:**

*/s/ James M. Loren*
James M. Loren
Bar No. 551363
JLoren@goldbergloren.com

The Law Offices of Goldberg & Loren, P.A.
100 S. Pine Island Road, Suite 132
Plantation, FL 33324
(469) 214-4111 (Telephone)
(888) 272-8822 (Facsimile)

Counsel for Plaintiff

*/s/ Edward N. Boehm, Jr.*
Edward N. Boehm, Jr.
Georgia Bar No. 183411
tboehm@laborlawyers.com
Steven L. Ferenczy
GA Bar No. 477091

Fisher & Phillips, LLP
1075 Peachtree St. NE, Suite 3500
Atlanta, GA 30309
(404) 231-1400 (Telephone)
(404) 240-4249 (Facsimile)

Counsel for TrueNet Communications, Corp.

*/s/ Rebecca W. Shanlever*
Rebecca W. Shanlever
Georgia Bar No. 763930
rshanlever@hagllp.com
Elizabeth M. Newton
Georgia Bar No. 975191
enewton@hagllp.com

Hall, Arbery, Gilligan, Roberts & Shanlever, LLP
3340 Peachtree Road NE
Suite 1900
Atlanta, Georgia 30326-1082
(404) 442-8776 (Telephone)
(404) 537-5555 (Fax)

Counsel for Cox Communications, Inc.

2